# FORM   A

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
Rev. 10/10        UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

FILED (JS)
US DISTRICT COURT
WESTERN DISTRICT OF KY
20 MAY 26  PM 3:43

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY

Rodger WILLIAMS A/K/A
"WILLOW WILLIAMS" N.T.C.
P.O. BOX 479 Burgin, ky 40310
(Full name of the Plaintiff(s) in this action)

·v.

CIVIL ACTION NO. 3:20-CV-369-DJH
(To be supplied by the clerk)

Warden Ferguson/Warden
Brad Adams … Dr. Meeks
Jann Eddington
Nurse Betsy/President of
WellPath/Dr. Clifford
(Full name of the Defendant(s) in this action)

(✓) DEMAND FOR JURY TRIAL

( ) NO JURY TRIAL DEMAND
(Check only one)

## I.    PARTIES

(A) **Plaintiff(s).**  Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status.  Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff:  Rodger WILLIAMS A/K/A WILLOW WILLIAMS

Place of Confinement:  N.T.C.  P.O. BOX 479

Address:  Burgin, ky 40310

Status of Plaintiff: CONVICTED (✓)  PRETRIAL DETAINEE ( )

(2) Name of Plaintiff: _____

Place of Confinement: _____

1

# PARTIES

WARDEN FERGUSON / Roeder Corrections Complex
P.O. Box 64, Lagrange, Ky 40031

NURSE PRACTIONER BETSY
Roederer Corrections Complex

DR. Meets /
ROEDERER CORRECTIONS COMPLEX

DR. CLIFFORD / NORTH POINT TRAINING CENTER
P.O. Box 479 BURGIN, Ky 40310

JANN Eddington / UA II North Point Training Center
P.O. Box 479 Burgin, ky 40310

AllYSON RAN WATER / CTO NORTH POINT TRANING CENTER
P.O. BOX 479 BURGIN, Ky 40310

WARDEN BRAD ADAMS NORTH POINT TRAINING CENTER
P.O. BOX 479 BURGIN, KY 40310

PRESIDENT OF WELLPATH
ROEDERER CORRECTIONS COMPLEX

Pg 2

Address: _____

Status of Plaintiff: CONVICTED (___)   PRETRIAL DETAINEE (___)

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (___)   PRETRIAL DETAINEE (___)

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant  Warden Ferguson  is employed

as  Warden  at  Roederer Corrections Complex

The Defendant is being sued in his/her (___) individual and/or (✓) official capacity.

(2) Defendant  Betsy (Nurse Practioner)  is employed

as  Nurse Practioner  at  Roederer Corrections Complex

The Defendant is being sued in his/her (___) individual and/or (✓) official capacity.

(3) Defendant  Dr. Meet  is employed

as  Psychiatrist  at  Roederer Corrections Complex

The Defendant is being sued in his/her (___) individual and/or (✓) official capacity.

(4) Defendant  Brad Adams  is employed

as  Warden  at  N.T.C. P.O.Box 479 .

The Defendant is being sued in his/her (___) individual and/or (✓) official capacity.

(5) Defendant __DR. CLIFFORD__ is employed

as __DOCTOR__ at __N.T.C. P.O. BOX 479__.

The Defendant is being sued in his/her (___) individual and/or (✓) official capacity.

## II. PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the same facts involved in this action? YES (✓) NO (✓)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): __Rodger WILLIAMS__

Defendant(s): __James Daley / Jailer__
__Southern Health and Partners__

Court (if federal court, name the district. If state court, name the county):

__2:17-CI-00193.-DLB - EBA / Eastern District Ky__

Docket number: _____

Name of judge to whom the case was assigned: __Judge David. L. Bunning__

Type of case (for example, habeas corpus or civil rights action): __1983__

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?):
__I withdrew without prejudice, until out of the custody of said prison jail__
Approximate date of filing lawsuit: __Oct. 12, 2017__

Approximate date of disposition: __November of 2019__

4

## III.   STATEMENT OF CLAIM(S)

State here the FACTS of your case.  State how you believe your constitutional rights were violated.  Describe how each Defendant violated your rights.  And set forth the dates on which each event took place.  Do not make legal arguments or cite cases or statutes.  However, identify the constitutional right(s) you allege was/were violated.  If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

1) IN his/her official capacity Warden Ferguson engendered & fostered an environment in which I the Plaintiff as a transgender female diagnosed with gender identity dysphoria (G.I.D) suffered tremendously in an hostile environment which forbade & denied the plaintiff her hormone therapy and/or medication which she the Plaintiff has taken for over 20 years. The Plaintiff's 8th amendment rights under color of law was being violated The Plaintiff whom has also been diagnosed with posttraumatic stress disorder in 2010 due to being violated/raped by corrections officers, coupled with her G.I.D, mental health rights were being violated under the American disabilities Act. The Plaintiff, by being denied her medication in appropriate doses if at all, from the moment she was in the custody of

5

**III. STATEMENT OF CLAIM(S) continued**

cont 1) the Roederer Correction Complex (6/28/19) has suffered mentally & physically. Her body was reverting to that of a male for the first time in years. She was experiencing chest pains and not being treated, validated or listened to. This continued for approximately two months, (6/28/19 to 8/22/19) [8th Amendment Violations]

2) Nurse Betsy RN Practioner ordered the Plaintiff's Premarin approximately a week after the Plaintiff was in the custody of the RCC, (7/5/19) The Plaintiff, never received a full days dosage of her medication despite arriving at the Roederer Corrections Complex on 6/28/19 with approximately a months worth of her medications. The Plaintiff, constantly questioned, then demanded verbally, in writing, in grievances, and even a notarized document why she was (8/7/19) not receiving her medication. Sometimes the medication was dispensed, sometimes not!

The Plaintiff sent a notarized document/ letter to Warden Ferguson And Well PAth staff.

[ Michelle Floyd   Notary I.d.
    8/7/19          # 605508 ]

6

cont. 2)  NURSE Betsy/RN PRACTITIONER, [OFFICIAL CAPACITY]
informed the Plaintiff, approximately one week
after the Plaintiff arrived at the Roeder Corrections
Complex (7/5/19) that the institution/prison destroyed
the medication she arrived with (Premarin) and she then
told the Plaintiff she has ordered her medications.
Whether this was true or not, the Plaintiff never
received her medication until two months later at
the end of August 2019. The Plaintiff, spoke literally to
every nurse on staff regarding her medications. The
Plaintiff on occassion would receive her medications,
(Premarin) Although not consistently and never in the
correct dosage. The Plaintiff, has been diagnosed
with G.I.D., And P.t.S.D. (2010) and not receiving
her medications is nothing short of depraved
indifference and cruel and unusual punishment on
the part of the defendants. Their indifference
violates the Plaintiff's 8th Amendment rights. There
indifference caused the plaintiff to have flashbacks
from when she was raped by Corrections officers
in 2010 whom were convicted in criminal and civil
courts. Their indifference caused the Plaintiffs
body to rapidly revert to an adolescent
prepubescent male causing the plaintiff
severe distress given her diagnosis of Gender
Identity Dysphoria in 2000. (G.I.D.) Their
egregious medical neglect has violated the
Plaintiff's 8th Amendment rights, American Dis-
ability Act (P.t.S.D.) and the U.S. Constitution.

Dr. Meeks, (Psychiatrist) OFFICIAL CAPACITY has treated the Plaintiff both at the Roederer Corrections Complex (RCC) and at North Point Training Center. At the RCC, Dr. Meeks met with the plaintiff for approximately a half hour in which he and the plaintiff went over her medical/mental health history. He subsequently ordered that she (Plaintiff) be put back on doxepin in which the Plaintiff stated she had been taken for 10 plus years since being raped by corrections officers in Pittsburgh, Pennsylvania. He wrote a prescription for Premarin as well maintaining her same dosage of the drug that she had been taking for 10+ plus years. The Plaintiff was told by medical staff at the RCC that Dr. Meeks misunderstood me somehow and discontinued my Premarin. Later they said that Dr. Meeks erroneously cancelled the Premarin thinking it was ordered twice. The Plaintiff is forthright and articulate and there is no WAY Dr. Meeks misunderstood her Dr. Meeks discontinued her premarin intentionally, causining the plaintiff severe distress, physical chest pains due to her chest size rapidly diminishing, and triggered her severe P.T.S.D, which she was diagnosed in 2010 with due to being raped by Pennsylvania state correction officers.

Cont. 3) The medical neglect, depraved indifference and the physical deformity that turn her breasts to misshappen/lopsided lumps caused the Plaintiff severe distress and physical chest pains due to the rapid diminishing of her breasts and then the increasing once placed back on her Premarin consistently and in current danger. Also, in January of 2020, after reporting a PREA complaint to half a dozen staff in half a dozen ways, the Plaintiff, stormed Dr. Meeks, inner sanctum determined to have him take the medical staff, PREA coordinator, (Ms. Payton) and other staff to task for not following PREA protocol when the Plaintiff reported that inmate Crawford exposed his fully erect penis in the library where there are 5 cameras, and absolutely nothing was done. By the PREA OFFICER, UAII Eddington, CTo Smith, and several others Dr. Meeks refused to see me. No one at the North Point Training Center Prison has adhered to PREA Policy, Federal Procedures, or any protocol at all. None! The Plaintiff's 8th amendment rights have been violated severely, the American Disabilities Act have been violated since the Plaintiff has been diagnosed with severe Post-traumatic disorder (2010) and Gender Identity Dysphoria since 1998. Not to mention the continuing PREA Violation of Voyeurism

President/WellPath [OFFICIAL CAPACITY]

4) has fostered and engendered an enviromment that violates the law, the rights of the Plaintiff as a transgender woman, whom has been diagnosed with G.I.D., and severe P.T.S.D., by creating policies that discourages, And denies, the plaintiff medications that the Plaintiff has been taking for decades under the care of a board certified licensed doctor. WellPath's policies and practices has encouraged it's staff to use any techincality, policy and/or law to not treat or provide trans- gender prisoner's, like the plaintiff her inalienable and and lawful right to mental health treatment, medications, and resources that the law says they must provide. The Plaintiff has suffered severe mental stress, physical chest pains, malformed breasts, excess skin, and painful flashbacks. Her 8th amendment rights have been, are being violated, the American disabilitits Act and the Hippocratic oath are all being denied the Plaintiff, all her rights are being violated. The WellPath medical staff has not followed PREA Procedures in the two instances in which she filed complaints of two inmates (Crawford and MAXie exposed their penises to her in full view on camera. Their inaction is cruel.

Warden Brad Adams [OFFICIAL CAPACITY]

5

Warden Adams, has promulgated policies whether adverdently or not, and fostered, and engendered, an environment that gives agents, acting under his aegis, and autonomy, free rein to abuse their absolute power, they possess over prisoners, specifically the plaintiff. His agents have ignored the law, they have roped their fellow officer's, staff, and medical personnell into doing the same. Namely; not following PREA LAW, guidelines, and procedures. These agents did not secure video footage, did not allow medical to do their duty, and follow their own protocols insofar as PREA LAW. mandates. All these persons were, and still are undeniably indifferent, to the Plaintiff's mental state, her chest pains, her PREA COMPLAINT, and her overall well-being. And Warden Adams whom the plaintiff made aware of all this, and more on April 6, 2020, in the form of a notarized document (see exhibit #9) that Warden Adams did not respond to. This indifference is nothing short of depraved dereliction of duty, and this attitude permeates the entire prison, violating the plaintiff's right to conditions that, are, fair and humane. The unfair policies are violating my 8th Amendment Rights, and violates the American Disabilities Act, since the plaintiff has been diagnosed with P.T.S.D. and G.I.D.

Pg 12

JANN EDDINGTON [OFFICIAL AND INDIVIDUAL CAPACITY]

6| Ms. Eddington is the Unit administrator at the N.T.C., and as such has ignored, lied to, and mocked the Plaintiff's very real and serious issues, (see exhibit #1) The Plaintiff has reported two Prea Incidents to Ms. Eddington, along with several other of her colleagues, and Well Path medical staff. All of the 2 incidents occurred in full view of 5 cameras, [Jan. 2020] and the other in full view of 2 cameras, (3/31/20). Ms Eddington did nothing except lie to the Plaintiff, saying "the cameras saw nothing." Even though the inmate has a documented history, of exposing his penis to staff, (Prison KSR) Ms. Eddington still insisted the camera saw nothing, telling the inmate [surname Maxie] to stay away from me. When I reported the Incident to medical staff, Ms. Eddington said nothing happened. When said, Medical staff called the PREA OFFICER PAYTON, to his office. (DR. Feck) the PREA OFFICER, said, "She saw nothing on Camera." This blatant cover up, and falsehoods exacerbated the Plaintiff's P.t.S.D., and has caused her more flashbacks, and violated the 8th Amendment, the American Disabilities Act, and caused severe distress. These incidents occurred 3/31/20 and January 2020. Also in Dr. Feck's office in early April of 2020. IN ADDITTION THE CONTINUING Violation of Voyeurism.

Cont. 6) Ms. Eddington also refuses to acknowledge that as a transgender female with large breasts, that I, require more privacy within reason. When I asked her verbally, and in writing to be in a certain area of the prison for greater privacy, she mocks me outright. as if it's a joke. (See exhibit #1) As A transgender I, have according to D.O.C. Policy, the right to request a housing assignment change. (See exhibit #2 Paragraph #12) I, have asked to be transferred to a prison with a two-man cell, where other trans-genders like myself are to no avail. I've, asked to be at KSR where my brother n law's sister works, or EddieVille where I have family also. These requests are responded to by telling me to forget about it, an go enjoy the sunny days coming. She is utterly indifferent to my needs to be around other transgenders. Period! Jann Eddington and CTO Rainwater by extension has not followed at all the Federal PREA Guidelines and Procedures. They have not followed their own D.O.C. Policy or procedures either. Not to mention the continuing violation, PREA VIOLATION of voyeurism in the federal guidelines and the D.O.C. Policy 14.7 described as in their own policies which she refuses to address.

7)   Dr. Clifford [OFFICIAL AND INDIVIDUAL CAPACITY] has ignored the Prea complaint I reported to her and she ignored and was utterly indifferent to everything I outlined to her regarding her medical colleagues at the Roederer Corrections complex. I told her that due to my medications not being prescribed to me despite arriving at the RCC from the county jail with a months worth of my medications I was experiencing chest pain. Chest pains and severe stress due to being diagnosed with Gender Identity dysphoria coupled with the fact of being diagnosed with severe post traumatic disorder. (2010) I explained that since WellPath staff at the RCC not dispensing my Premarin consistently and not in the current dosage. My breasts decreased in size rapidly (over a matter of weeks) and once I finally was dispensed my medication quite literally I was experiencing growing pains as a result. I told Dr. Clifford that I filed grievances that went unanswered then I was transferred to a different prison, here in fact. Dr. Clifford was utterly indifferent to all of this. My 8th Amendment rights that are being violated and the American

cont. I Disabilities Act rights as well since being diagnosed
with G.I.D and P.t.S.D. The continuation
of the harm I am being caused is happening
beginning to happen here at the N.T.C., Prison
No one is following PREA Procedures, Federal
or otherwise. I asked Dr. Clifford to refer
me to sex specialist and Endocrenologist
Dr. Folsom at the U of L whom examined
me in August of 2019 and whom ~ follow
up visit was to supposed to have happened
IN February of 2020. Dr. Clifford said it
was not neccessary nor did she take my
PREA complaint seriously either.

8) CTO RAINWATER on 3/31/20 was made
[OFFICIAL] aware by the Plaintiff, that inmate MAXIE
[CAPACITY] exposed his penis to me in full view
of 2 cameras. This inmate has a documented
history of doing this at other state prisons
(I.E.KSR) CTO for RAINWATER once I informed
her of this, she immediately reviewed the
2 cameras and directly went into UAII
Eddington's office to tell her what she
saw. Approximately an hour and ~ half
later she asked me to sign a P.C. refusal
slip and I did. She then told me she and
Eddington saw nothing at 9:43 am of INmate
MAXIE exposing himself. She did not follow PREA Rules

cont'd | then and there. After a few minutes we leave her office and she enters UAII Eddington's office which is 10ft. from her office. This corridor is approximately 12ft wide, 30ft long, and is brightly lit with two cameras. Each camera on the CTO, and UAII Eddington's door, and I, the plaintiff was next to Rainwater's office door, and INmate Marie Next to Eddington's door, and miraculously the cameras saw nothing. Nothing was reported, no investigation, no state-ment, no medical visit, no mental health visit, no disposition of the incident, no founded or unfounded, substantiated, or unsubstantiated, nothing was done. Despite this inmates documented history of this behavior My rights were Violated on numerous levels, 8th Amendment right, A.D.A., and basic inalienable constitutional rights as well. My severe P.T.S.D, which it's origin stems from being raped in prison, not by inmates, but by prison guards. CTO RAINWATER, Told me she put in papers so I could transfer to a Prison with 2-man cells where there are other transgenders. I can't wait. The PREA violation of Voyeurism described in D.O.C, Policy 14.7, would not be an issue in a prison with 2 man cells.

JESSICA PAYTON / PREA OFFICER [OFFICIAL CAPACITY

9) Ms. PAYTON has done absolutely nothing in regards to her training as a PREA OFFICER. When I, reported 2 PREA INCIDENTS, IN which two separate inmates exposed themselves (PENIS) to me, one in the brightly lit library, (January 2020) with 5 cameras, and the other, other inmate, Maxie (surname) in a brightly lit corridor, with 2 cameras that were in full view, of this inmate, nothing was done. No investigation, No medical report, no securing of video footage, no separation of my flasher, from OUR shared dormitory (dorm 12) Ms. Payton lied to my face told me the camera saw nothing, for the second time. She violated my Rights per D.O.C. Prea Policy, she did not file, or follow federal PREA law. She did not even follow the PRISON's OWN Policy either. When I, confronted her in her office in early April, (2020) she again said the camera saw nothing to me, and Dr. Feck, and that medical staff need not get involved, this was said directly to Dr. Feck, a WellPath employee, Ms. Payton has caused me uneccesary harm, flashbacks, and more. She has inflicted ¯ by her inaction, egregious, cruel harm violating my 8th Amendment Rights, th A.D.A, since the Plaintiff has been diagnosed with G.I.D., and severe P.T.S.D. Ms. Payton whom is

Cont. 9    also on the grievance committee told me when I, asked her about the 9 grievances I, filed said, "she isnt aware of any PREA grievances I filed." By law a PREA COMPLAINT THE moment it's reported is construed as the administrative grievance system as Immediately being exhausted. INcluding the continuing PREA Violation which would not be an issue in A 2 man celled Prison

## FINAL STATEMENT OF CLAIMS

INSOFAR as the Plaintiff's PREA COMPLAINTS, which consist of the 2 she reported. The defendant's, namely Warden Adams, CTO RAINWATER, UA II JANN Eddington, Dr. Meeks, and J. PAYTON AND Dr. Clifforde, NONE OF THEM Adhered to or followed PREA POLICIES AND PROCEDURES AS MANDATED BY CONGRESS AND THE FEDERAL GUIDELINES, NOR DID THE DEFENDANTS FOLLOW THEIR OWN INTERNAL Department of CORRECTIONS POLICIES AND PROCEDURES. NOT ONLY That, they simply did nothing at all. Not one report, Statement, investigation, examination or notification. ABsolutely nothing but ask the plaintiff to sign a Protective Custody REFUSAL. The above-named defendants did not adhere to their own process or the Federal

## IV.   RELIEF

State exactly what you want the Court to do for you.  (If you seek relief which affects the fact or duration of your imprisonment (for example:  release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.)  The Plaintiff(s) want(s) the Court to:

_____ award money damages in the amount of $ __100,000__

_____ grant injunctive relief by _specific requests regarding plaintiffs custody_

_____ award punitive damages in the amount of $ __100,000__

_____ other: _(_____

## V.   DECLARATION UNDER PENALTY OF PERJURY
   **(each Plaintiff must sign for him/herself)**

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This _10_ day of _April_____, 20_20_

_____
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on _____.

_____
(Signature)

19

# RELIEF

THE PLAINTIFF DEMANDING INJUNCTIVE

RELIEF AS IT PertAINS to her

CUSTODY CONDITIONS:

SHE IS DEMANDING CHANGES IN

POLICY AS IT PertAINS to

LGBTI PRISONERS specifically & EMPHASIS ON

TRANSGENDERS:

SHE IS DEMANDING $ 1,000,000 IN

ACTUAL DAMAGES:

SHE IS DEMANDING $ 1,000,000 IN [From each defendant]

PUNITIVE DAMAGES AS WELL:

Rodger Williams
# 301582
N.T.C.
4/5/20

P. 20

Rodger E. WILLIAMS #301582
Dorm 2 LR 31 N.T.C.
P.O. BOX 479
Burgin, KY 40310



Gene Snyder U.S. COURTHOUSE

Att: CLERK VANESSA L. ARMSTRONG
RM 106

601 W. BROADWAY STREET

LOUISVILLE, KY 40202

FILED (JS)
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
20 MAY 26 PM 3:45

Northpoint Training Center
MAY 22 2020
Processed
Legal Mail