WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

FILED (JS)
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

20 DEC 14 PM 3:34

Rodger WILLIAMS A/K/A
Willow WILLIAMS

V.

Warden Ferguson et al.                    Defendants

Case No.# 3:20-CV-00369-DJH

## MOTION TO COMPEL DISCOVERY FURNISHED IN [PAPER FORM]

THE PLAINTIFF, IS as of 11/20/20 in the custody of the state's maximum security prison (KSP) where inmates are in their single cells 22 hrs a day even when the prison is not locked down which happens often, and under quarantine. THE Prison has been since my arrival on lock down for a prison covid response and a violent prison melee. There has been no access or opportunity to the law library and even in the best of times access is severely limited. To properly litigate my complaint the Plaintiff will need to pour over and peruse discovery documents thorously, and for hours, most especially since the Plaintiff is Pro se and untrained in the art & science of the law. Therefore the Plaintiff asks/begs the court to compel the Defendants to mail their discovery in Paper form and not on DVD as they have been doing.

Wherefore the Plaintiff begs the court to grant this motion to compel.

Respectfully submitted

12/8/20

Rodger WILLIAMS #301582
KSP
266 Water Street
Eddyville, KY 42038

**Kentucky State Penitentiary**

**Uncensored Inmate Mail**
**Not Responsible For Contents**

LEGAL MAIL

EVANSVILLE IN 476
9 DEC 2020 PM 1 L

Happy Holidays

UNITED STATES DISTRICT COURT HOUSE
Clerk's office, Rm 106
601 W. Broadway
Louisville, KY 40202

FILED JS
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
20 DEC 14 PM 3:34

40202-222731